UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br>1718 Connecticut Ave., N.W.<br>Suite 200<br>Washington, DC 20009<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br>Washington, D.C. 20528<br><br>Defendant. | Civil Action No. _____ |

## CERTIFICATE UNDER LCVR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia Corporation with no parent company. No publicly held company owns more than 10% stock in EPIC.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: _____
Ginger P. McCall (DC Bar #1001104)
ELECTRONIC PRIVACY INFORMATION
CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

Dated: April 26, 2012

1