FOIA Summnos
12/11

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CTR.
*Plaintiff*

v.

FEDERAL BUREAU OF INVESTIGATION
*Defendant*

Civil Action No.  12-667 CKK

### SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*  Federal Bureau of Investigation
950 Pennsylvaia Ave., N.W.
Washington, D.C. 20535

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Electronic Privacy Information Center
1718 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

April 27, 2012
Date: ~~April 26, 2012~~

/s/ La Tanau Scott
*Signature of Clerk or Deputy Clerk*

FOIA Summnos
12/11

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CTR.  )
    *Plaintiff*  )
  )
v.  )   Civil Action No.   12-667 CKK
FEDERAL BUREAU OF INVESTIGATION  )
    *Defendant*  )

### SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

   Eric Holder
   Attorney General for the United States of America
   United States Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530-001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Ginger McCall
   Electronic Privacy Information Center
   1718 Connecticut Ave., N.W.
   Suite 200
   Washington, D.C. 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

April 27, 2012
Date: April 26, 2012



/s/ La Tanau Scott
*Signature of Clerk or Deputy Clerk*

FOIA Summnos
12/11

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CTR.   )
  *Plaintiff*                          )
                                       )
v.                                     )   Civil Action No.   12-667 CKK
                                       )
FEDERAL BUREAU OF INVESTIGATION        )
  *Defendant*                          )

### SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   Ronald Machen
                                         United States Attorney for the District of Columbia
                                         c/o Civil Process Clerk
                                         555 4th Street, N.W.
                                         Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Electronic Privacy Information Center
1718 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

April 27, 2012
Date: ~~April 26, 2012~~



/s/ La Tanau Scott
*Signature of Clerk or Deputy Clerk*