UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**   Plaintiff,   v.   **FEDERAL BUREAU OF INVESTIGATION,**   Defendant. | ) ) ) ) ) ) ) ) Civil Action No. __12-667__ ) ) ) ) ) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Electronic Privacy Information Center respectfully submits the attached Affidavits of Mailing of Ginger P. McCall as proof that service of process has been effected on Defendant, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia in the above-captioned matter.

                                                Respectfully submitted,

                              By:    /s/ Ginger P. McCall
                                          Ginger P. McCall (DC Bar #1001104)
                                          ELECTRONIC PRIVACY INFORMATION CENTER
                                          1718 Connecticut Avenue, N.W.
                                          Suite 200
                                          Washington, D.C. 20009
                                          (202) 483-1140 (telephone)
                                          (202) 483-1248 (facsimile)

Dated: May 08, 2012