CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER
Plaintiff(s)

Civil Action No. 12-667

vs.

FEDERAL BUREAU OF INVESTIGATION
Defendant(s)

## AFFIDAVIT OF MAILING

I, Ginger McCall, hereby state that:

On the 30th day of April, 2012, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

FBI Justice Management Division, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530

I have received the receipt for the certified mail, No. 70102780000198235368 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 7th day of May, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

May 8, 2012
(Date)

(Signature)

# USPS.COM

Search USPS.com or Track Packages

Quick Tools     Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70102760000196205366 | First-Class Mail® | Delivered | May 07, 2012, 11:02 am | WASHINGTON, DC 20530 | Expected Delivery By: May 1, 2012 Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | May 07, 2012, 10:56 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | May 07, 2012, 10:45 am | WASHINGTON, DC 20018 | |
| | | Processed at USPS Origin Sort Facility | April 30, 2012, 8:21 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | April 30, 2012, 3:42 pm | WASHINGTON, DC 20009 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

Federal Bureau of Investigation
c/o
Assistant Attorney General for Administration
Justice Management Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7010 2760 0001 9823 5366

| | | |
|---|---|---|
| Postage | $ | $1.30  0277 |
| Certified Fee | | $2.95  05 |
| Return Receipt Fee (Endorsement Required) | | $0.00   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.25  04/30/2012 |

Sent To: FBI Justice Management Div
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006                                    See Reverse for Instruction

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER
Plaintiff(s)

Civil Action No. 12-667

vs.

FEDERAL BUREAU OF INVESTIGATION
Defendant(s)

## AFFIDAVIT OF MAILING

I, Ginger McCall, hereby state that:

On the 30th day of April, 2012, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General Eric Holder, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530-0001

I have received the receipt for the certified mail, No. 70102780000198235375 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 7th day of May, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

May 8, 2012
(Date)

(Signature)

# USPS.COM

Search USPS.com or Track Packages

Quick Tools     Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70102780000198235375 | First-Class Mail® | Delivered | May 07, 2012, 4:47 am | WASHINGTON, DC 20530 | Expected Delivery By: May 1, 2012 Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | May 06, 2012, 10:58 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | May 06, 2012, 9:50 am | WASHINGTON, DC 20018 | |
| | | Processed at USPS Origin Sort Facility | April 30, 2012, 8:21 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | April 30, 2012, 3:42 pm | WASHINGTON, DC 20009 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

Attorney General Eric Holder

c/o

Assistant Attorney General for Administration
Justice Management Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.30 | 0277 |
| Certified Fee | $2.95 | 05 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.25 | 04/30/2012 |

Sent To: Attny Gen. Eric Holder c/o Ast. Atty. Gen. for Admin
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave. N.W.
City, State, ZIP+4: Washington, D.C. 20530-0001

PS Form 3600, August 2006   See Reverse for Instructions

7010 2780 0001 9823 5375

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER
   Plaintiff(s)

Civil Action No. 12-667

vs.

FEDERAL BUREAU OF INVESTIGATION
   Defendant(s)

### AFFIDAVIT OF MAILING

I, Ginger McCall, hereby state that:

On the 30th day of April, 2012, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

US Attorney for D.C., 555 4th Street N.W., Washington, D.C. 20530

I have received the receipt for the certified mail, No. 70102780000198235313 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 7th day of May, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

May 8, 2012
(Date)

(Signature)

5/8/12        USPS.com® – Track & Confirm

English    Customer Service    USPS Mobile

Register / S

**USPS.COM**

Search USPS.com or Track Packa

Quick Tools     Ship a Package     Send Mail     Manage Your Mail     Shop     Business Soluti

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 7010270000193235310  | First-Class Mail® | Delivered | May 07, 2012, 4:47 am | WASHINGTON, DC 20530 | Expected Deliver May 1, 2012 Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | May 06, 2012, 10:58 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | May 06, 2012, 9:53 am | WASHINGTON, DC 20018 | |
| | | Processed at USPS Origin Sort Facility | April 30, 2012, 8:21 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | April 30, 2012, 3:41 pm | WASHINGTON, DC 20009 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

United States Attorney
For the District of Columbia
c/o

Civil Process Clerk
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

