**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 1:12-cv-00667 (CKK) ) |
| FEDERAL BUREAU OF INVESTIGATION | ) ) |
| Defendant. | ) ) ) |

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's Order on June 14, 2012, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant Federal Bureau of Investigation ("FBI") have conferred and hereby jointly submit the following proposed schedule including all necessary dates for proceeding in this matter:

1. Plaintiff filed this action on April 27, 2012, seeking injunctive and other appropriate relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, including the release of agency records requested by EPIC on February 10, 2012.

2. The February 10, 2012 FOIA request covered five categories of documents:

   a. All documents concerning technical specifications of the StingRay device or other cell-site simulator technologies; and

   b. All documents concerning procedural requirements or guidelines for the use of StingRay device or other cell-site simulator technologies (e.g. configuration, data retention, data deletion); and

   c. All contracts and statements of work that relate to StingRay device or other cell-site simulator technologies; and

1

      d.   All memoranda regarding the legal basis for the use of StingRay device or other cell-site simulator technologies; and

      e.   All Privacy Impact Assessments or Reports concerning the use or capabilities of StingRay device or other cell-site simulator technologies.

3.   The parties agree that this action will be resolved by dispositive motions.

4.   The parties do not consent to the transfer of this case to a United States Magistrate Judge.

5.   The parties disagree as to the proposed schedule for production of documents and an index, and offer alternative schedules below:

*Plaintiff's Statement*

Plaintiff proposes that the Court set the following deadlines:

| | |
|---|---|
| Defendant Completes Production of Documents and Vaughn Index: | August 27, 2012 |
| Defendant's Motion for Summary Judgment: | September 27, 2012 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment: | October 26, 2012 |
| Defendant's Reply and Opposition: | November 12, 2012 |
| Plaintiff's Reply: | November 27, 2012 |
| Defendant's Reply on Plaintiff's Cross-Motion for Summary Judgment | December 12, 2012 |

Plaintiff proposes the schedule above to ensure that this matter is resolved in an expeditious manner, consistent with the requirements of the FOIA and local rules. These deadlines are comparable to what this Court has ordered of Defendant FBI in the past and what Defendant has consented to in other similar FOIA matters. *See* Memorandum Opinion and Order, *Memphis Publishing Co. v. FBI*, No. 10-1878 (D.D.C. Apr. 5, 2012) (FBI ordered to review and produce responsive records within 40 days); Minute Order, *Citizens for Responsibility and Ethics in Washington v. DOJ*, No. 11-1021 (D.D.C. Mar. 19, 2012) (FBI ordered to review and produce responsive records in 60 days). The Plaintiff's proposed schedule reflects a rate of document review comparable to what this Court has ordered and similarly situated agencies have agreed to in the past. *See Meeropol v. Meese*, 790 F. Supp. 667 (D.C. Cir. 1986) (describing lower court order for FBI to

search and process documents at a rate of 40,000 pages per month); *See* Defendant's Motion for

Extension of Time, *Citizens for Responsibility*, No. 11-1021 (D.D.C. June 18, 2012) (EOUSA

requesting until October 31, 2012 to process 95,000 documents).

*Defendant's Statement*

Defendant has identified approximately 25,000 pages of potentially responsive material, a

substantial portion of which are classified.  It could not process this high volume of material

according to Plaintiff's proposed schedule.  As Defendant has explained in declarations filed in

other cases in this Circuit, the FBI is currently defending more than 100 FOIA cases in litigation;

additionally, its FOIA staff is working to process the more than 13,000 FOIA and Privacy Act

requests submitted this fiscal year (October 1, 2011 to the present) alone.   Decl. of David M. Hardy

at ¶ 9, Dkt. 11-1, *Hammouda v. U.S. Dep't of Justice*, No. 12-130 (D.D.C. June 5, 2012).

Nonetheless, Defendant has offered to review a minimum of 1,000 pages a month of documents

potentially responsive to Plaintiff's FOIA request, which far exceeds the rate of 500 pages a month

that has been used in other cases.  Additionally, Defendant would like to defer the production of any

responsive documents resulting from its review of the first 1,000 pages to September 30, 2012, with

the review of an additional 1,000 pages to continue monthly thereafter, due to fact that the computer

system used by Defendant to process FOIA requests is scheduled to be upgraded this summer and

will be largely unavailable for several weeks.

In light of the above, Defendant proposes that the Court set the following deadlines:

| | |
|---|---|
| Defendant Completes Production of Documents: | October 31, 2014 |
| Defendant Selects Documents for a Representative Sample *Vaughn* Index:[1] | November 30, 2014 |
| Defendant Produces *Vaughn* Index: | February 28, 2015 |
| Defendant's Motion for Summary Judgment: | April 30, 2015 |

---

[1] Defendant has no legal obligation to produce a *Vaughn* index to Plaintiff in advance of
summary judgment.  Defendant would agree to provide one in advance, however, in an effort to
narrow the number of disputes requiring resolution by the Court.

Plaintiff's Opposition and Cross-Motion for Summary Judgment:    May 28, 2015

Defendant's Reply and Opposition:    June 11, 2015

Plaintiff's Reply:    June 25, 2015

Defendant's Reply on Plaintiff's Cross-Motion for Summary Judgment:    July 9, 2015

6.   In the event that the parties are able to resolve or further limit the issues before the Court, the parties will promptly inform the Court and propose any appropriate modifications to the schedule.

7.   In light of the parties' disagreement as to the schedule, two proposed orders are attached.

Date: June 27, 2012                Respectfully submitted,

_/s/ Ginger P. McCall_____           STUART F. DELERY
GINGER P. MCCALL (DC Bar# 1001104)         Acting Assistant Attorney General
MARC ROTENBERG (DC Bar # 422825)       ELIZABETH J. SHAPIRO
ALAN BUTLER[2]                Deputy Branch Director
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.       _/s/  Kimberly L. Herb_____
Suite 200                    KIMBERLY L. HERB
Washington, D.C. 20009         (Illinois Bar # 6296725)
Telephone: (202) 483-1140       Trial Attorney
Fax: (202) 483-1248          United States Department of Justice
Email: mccall@epic.org         Civil Division, Federal Programs Branch
                           P.O. Box 883
Attorneys for Plaintiff          Washington, DC 20044
                           Tel: (202) 305-8356
                           Fax: (202) 616-8470
                           Kimberly.L.Herb@usdoj.gov

                           Attorneys for Defendants

---

[2] Mr. Butler is a member of the California bar in good standing. He has applied for admission to the DC Bar and his admission is pending.