UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:12-cv-00667 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PLAINTIFF'S PROPOSED] ORDER

Upon consideration of the Joint Proposed Schedule, it is hereby ORDERED that the following schedule is adopted for the above-captioned action:

| | |
|---|---|
| Defendant Completes Production of Documents and Vaughn Index: | August 27, 2012 |
| Defendant's Motion for Summary Judgment: | September 27, 2012 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment: | October 26, 2012 |
| Defendant's Reply and Opposition: | November 12, 2012 |
| Plaintiff's Reply: | November 27, 2012 |
| Defendant's Reply on Plaintiff's Cross-Motion for Summary Judgment | December 12, 2012 |

SO ORDERED

Dated: _____, 2012.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE