**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF INVESTIGATION**, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:12-cv-00667(CKK) |

**[DEFENDANT'S PROPOSED] ORDER**

Upon consideration of the Joint Proposed Schedule, it is hereby ORDERED that the following schedule is adopted for the above-captioned action:

| | |
|---|---|
| Defendant Completes Production of Documents: | October 31, 2014 |
| Defendant Selects Documents for a Representative Sample *Vaughn* Index: | November 30, 2014 |
| Defendant Produces *Vaughn* Index: | February 28, 2015 |
| Defendant's Motion for Summary Judgment: | April 30, 2015 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment: | May 28, 2015 |
| Defendant's Reply and Opposition: | June 11, 2015 |
| Plaintiff's Reply: | June 25, 2015 |
| Defendant's Reply on Plaintiff's Cross-Motion for Summary Judgment: | July 9, 2015 |

SO ORDERED.

Dated: ____, 2012

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE