UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Civil Action No. 12-667 (CKK) |

ORDER
(July 1, 2012)

Plaintiff, the Electronic Privacy Information Center ("EPIC"), filed suit against the Federal Bureau of Investigation pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff seeks immediate disclosure of all records responsive to its FOIA request concerning the FBI's use of cell-site simulator technology. In response to the Court's June 14, 2012 Minute Order, the parties submitted a [12] Joint Status Report proposing competing schedules for proceeding in this matter. The Plaintiff proposes a schedule under which the FBI would complete its production of responsive documents by August 27, 2012, and the parties's motions for summary judgment would be fully briefed by December 12, 2012. The FBI proposes completing production by **October 31, 2014**, and complete briefing of the parties' motions by **July 9, 2015.**

An agency must determine whether to comply with a request for records and notify the requesting party of its decision within twenty working days of its receipt of the request. 5 U.S.C. § 552(a)(6)(A)(i). If the agency is unable to comply with the request within the statutory time

frame, the agency may seek what is known as an "*Open America* stay." *Open Am. v. Watergate Special Prosecution Force*, 547 F.2d 605, 610 (D.C. Cir. 1976); 5 U.S.C. § 552(a)(6)(C)(i). The Court may "allow the agency additional time to complete its review of the records," if the agency "can show exceptional circumstances exist and that [it] is exercising due diligence in responding to the request." *Id.* EPIC submitted its FOIA request on February 10, 2012. Compl., ECF No. [1], ¶ 19; Answer, ECF No. [11], ¶ 19. The FBI acknowledged receipt of the request on February 16, 2012, but has not otherwise responded to EPIC's request. Compl. ¶¶ 25, 28; Answer ¶¶ 25, 28. The FBI exceeded the statutorily prescribed time frames for responding to EPIC's request over three months ago, and now requests an additional two years and five months to complete its production of responsive documents. The Court is not in a position to evaluate the merits of the FBI's request on the basis of the parties' status report alone. The Court currently lacks sufficient information to evaluate both the exceptional circumstances the FBI might be facing. Accordingly, it is, this 29th day of June, 2012 hereby

    **ORDERED** that the parties shall adhere to the following briefing schedule:

        Defendant's Motion for an *Open America* Stay due **July 30, 2012**;

        Plaintiff's Opposition due **August 20, 2012**;

        Defendant's Reply due **August 30, 2012.**

If Defendant fails to timely seek an *Open America* stay, the Court shall adopt Plaintiff's proposed schedule for proceeding in this matter.

    **SO ORDERED**.

                                              /s/
                                      **COLLEEN KOLLAR-KOTELLY**
                                      UNITED STATES DISTRICT JUDGE