**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ELECTRONIC PRIVACY INFORMATION
CENTER,

    Plaintiff,

      v.

FEDERAL BUREAU OF
INVESTIGATION,

    Defendant.

**Civil Action No. 12-667 (CKK)**

**ORDER**
(March 28, 2013)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 28th day of

March, 2013, hereby

**ORDERED** that the FBI's [14] Motion for an *Open America* Stay is DENIED.

IT IS **FURTHER ORDERED** that the FBI shall produce all responsive, non-exempt

records not subject to classification review to the Plaintiff on a rolling basis, but by no later than

**August 1, 2013**.

IT IS **FURTHER ORDERED** that by no later than **May 31, 2013**, the FBI shall identify

how many pages are subject to classification/declassification review and propose a deadline for

completing production of all responsive, non-exempt records after classification/declassification

review.

**SO ORDERED.**

                                      */s/*
                                 **COLLEEN KOLLAR-KOTELLY**
                                 UNITED STATES DISTRICT JUDGE