AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Electronic Privacy Information Center | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-00667 |
| Federal Bureau of Investigation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Electronic Privacy Information Center.

Date: 03/29/2013

/s/ *Alan Butler*
*Attorney's signature*

Alan Butler 1012128
*Printed name and bar number*

Electronic Privacy Information Center
1718 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20009
*Address*

butler@epic.org
*E-mail address*

(202) 483-1140
*Telephone number*

(202) 483-1248
*FAX number*

[Print]  [Save As...]  [Reset]