**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>   Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   Defendant. | **Civil Action No. 12-667 (CKK)** |

**ORDER**
(August 29, 2013)

Upon consideration of the parties' [23] Joint Status Report, it is, this 29th day of August, 2013, hereby

**ORDERED** that the parties shall adhere to the following schedule:

- Plaintiff shall select a sample of documents and provide the information to Defendant on or before **August 30, 2013**.

- Defendant shall produce a representative sample *Vaughn* Index by no later than **October 1, 2013**.

- The parties shall submit a further joint status report by no later than **November 1, 2013**.

**SO ORDERED.**

                                   */s/*
                               **COLLEEN KOLLAR-KOTELLY**
                               UNITED STATES DISTRICT JUDGE