IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-00667-CKK |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to Fed. R. Civ. P. 54(d) and 5 U.S.C. § 552(a)(4)(E)(i), Plaintiff Electronic Privacy Information Center ("EPIC") respectfully moves for an award of attorneys' fees and costs reasonably incurred in the above-captioned matter. EPIC agrees with Defendant Federal Bureau of Investigation that there are no remaining substantive issues to brief in this case. As there are no other issues in dispute, EPIC seeks a final resolution of this matter, including an award of attorneys' fees and costs owed by the FBI. EPIC submits the accompanying memorandum of points and authorities, with attached declarations, in support of this motion.

December 19, 2013                     Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Marc Rotenberg
　　　　　　　　　　　　　　　　　　　　MARC ROTENBERG (DC Bar # 422825)
　　　　　　　　　　　　　　　　　　　　ALAN BUTLER (DC Bar #1012128)
　　　　　　　　　　　　　　　　　　　　Electronic Privacy Information Center
　　　　　　　　　　　　　　　　　　　　1718 Connecticut Ave. NW
　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　　　202-483-1140
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*