*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br><br>Plaintiff,<br>v.<br><br>FEDERAL BUREAU<br>OF INVESTIGATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 1:12-00667 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MARC ROTENBERG

1.      My name is Marc Rotenberg, and all statements made herein are true, and based on my personal knowledge.

2.      I am an adult resident of the District of Columbia.

3.      I am employed by the Electronic Privacy Information Center (EPIC), and I am the President of EPIC.

4.      I am a 1987 graduate of Stanford Law School.

5.      I am a member in good standing of the Bar of the District of Columbia (admitted 1990), the Bar of Massachusetts (1987), the U.S. Supreme Court (1991), the U.S. Court of Appeals - 1st Circuit (2005), the U.S. Court of Appeals – 2nd Circuit (2010), the U.S. Court of Appeals - 3rd Circuit (1991), the U.S. Court of Appeals - 4th Circuit (1992), the U.S. Court of Appeals - 5th Circuit (2005), the U.S. Court of Appeals – 7th Circuit (2011), the U.S. Court of Appeals – 9th Circuit (2011), and the U.S. Court of Appeals - D.C. Circuit (1991).

6.      I am the coauthor of *Information Privacy Law* (Aspen 2007), a leading casebook on privacy law, and coeditor of *Litigation Under the Federal Open Government Laws* (EPIC 2010), a leading practice manual on the Freedom of Information Act.

7.      I am an Adjunct Professor at Georgetown University Law Center where I have taught Information Privacy Law continuously since 1990 and The Law of Open Government since 2012.

8.      I performed 13.9 hours of work on behalf of EPIC in the above-captioned matter.

9.      This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

10.     According to the *Laffey* Matrix, published by the United States Attorney's Office for the District of Columbia, the hourly billable rate for my services from June 1, 2011 – May 31, 2012 was $495 per hour; from June 1, 2012 – May 31, 2013 was $505 per hour; and from June 1, 2013 – May 31, 2014 is also $505 per hour.

11.     Pursuant to the *Laffey* Matrix, my fees billed in this matter amount to $6,984.50.

12.     Such fees are reasonable.

13.     I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2013.

_____
Marc Rotenberg