*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 1:12-00667 (CKK) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) ) | |
| | ) | |
| Defendant. | ) ) | |

### AFFIDAVIT OF GINGER MCCALL

1.    My name is Ginger McCall, and all statements made herein are true, and based on my personal knowledge.

2.    I am an adult resident of Maryland.

3.    From September 2009 – August 2013, I was employed by the Electronic Privacy Information Center (EPIC).

4.    During the time of the above-captioned matter, I was the Director of EPIC's Open Government Program.

5.    I am a 2009 graduate of Cornell Law School.

6.    I am a member in good standing of the Bar of the District of Columbia and the Bar of Pennsylvania.

7.    I am the coeditor of *Litigation Under the Federal Open Government Laws* (EPIC 2010), a leading practice manual on the Freedom of Information Act.

8.    I performed 11.3 hours of work on behalf of EPIC in the above-captioned matter.

9.      This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

10.     According to the *Laffey* Matrix, published by the United States Attorney's Office for the District of Columbia, the hourly billable rate for my services from June 1, 2011 to May 31, 2012 was $240 per hour; and from June 1, 2012 to May 31, 2013 was $290 per hour.

11.     Pursuant to the *Laffey* Matrix, my fees billed in this matter amount to $3,002.00.

12.     Such fees are reasonable.

13.     I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2013.

Ginger McCall