*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) v. ) No. 1:12-cv-00667 (CKK) ) FEDERAL BUREAU ) OF INVESTIGATION ) ) Defendant. ) ) | |

## BILL OF LITIGATION FEES AND COSTS

Costs:

| | |
|---|---|
| Filing Fee, EPIC v. FBI (Filed April 27, 2012): | $350.00 |

Fees:
Litigation Fees, Marc Rotenberg:

| | |
|---|---|
| $495 (Laffey) x 3.5 hours | $1,732.50 |
| $505 (Laffey) x 10.4 hours | $5,252.00 |

Litigation Fees, Ginger McCall:

| | |
|---|---|
| $240 (Laffey) x 5.5 hours | $1,320.00 |
| $290 (Laffey) x 5.8 hours | $1,682.00 |

Litigation Fees, Julia Horwitz:

| | |
|---|---|
| $245 (Laffey) x 11.7 hours | $2,866.50 |

Litigation Fees, Alan Butler:

| | |
|---|---|
| $240 (Laffey) x 9.4 hours | $2,256.00 |
| $245 (Laffey) x 66.9 hours | $18,693.50 |

| | |
|---|---|
| Total: | $34,152.50 |