*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 9

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/26/2012 | Marc Rotenberg | 0.2 | $495.00 | $99.00 |
| | **Description:** E-Mail regarding revisions to FOIA complaint (Other EPIC staff present: G. McCall) | | | |
| 4/26/2012 | Marc Rotenberg | 1.3 | $495.00 | $643.50 |
| | **Description:** E-Mail regarding revisions to FOIA complaint (Other EPIC staff present: G. McCall) | | | |
| 4/26/2012 | Marc Rotenberg | 2.0 | $495.00 | $990.00 |
| | **Description:** Edit FOIA complaint | | | |
| 6/5/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss government's request for extended time to file its Answer (Other EPIC staff present: G. McCall, A. Butler) | | | |
| 6/14/2012 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss proposed scheduling order (Other EPIC staff present: A. Butler, G. McCall) | | | |
| 6/25/2012 | Marc Rotenberg | 0.8 | $505.00 | $404.00 |
| | **Description:** Conference to discuss joint proposed scheduling order (Other EPIC staff present: A. Butler, G. McCall) | | | |
| 6/25/2012 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss next steps  (Other EPIC staff present: A. Butler, G. McCall) | | | |
| 6/25/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with Ms. Herb to discuss joint scheduling order (Other EPIC staff present: A. Butler, G. McCall) | | | |
| 6/26/2012 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss proposed scheduling order  (Other EPIC staff present: A. Butler, G. McCall) | | | |
| 6/26/2012 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** E-Mail response to Ms. Herb | | | |
| 6/26/2012 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** E-Mail response to Ms. Herb | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/27/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference regarding proposed scheduling order (Other EPIC staff present: A. Butler, G. McCall) | | | |
| 6/27/2012 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Tele-Conference with Ms. Herb regarding proposed joint scheduling order (Other EPIC staff present: A. Butler, G. McCall) | | | |
| 8/19/2012 | Marc Rotenberg | 1.5 | $505.00 | $757.50 |
| | **Description:** Review draft opposition to Motion for Open America Stay | | | |
| 8/20/2012 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Conference to discuss memorandum in opposition to Motion for Open America Stay (Other EPIC staff present: A. Butler, G. McCall) | | | |
| 8/20/2012 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Review final opposition to Motion for Open America Stay | | | |
| 12/3/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review interim release logistics | | | |
| 8/27/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: A. Butler, J. Horwitz, T. Moore) | | | |
| 8/27/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss call with opposing counsel (Other EPIC staff present: T. Moore, J. Horwitz, A. Butler) | | | |
| 8/27/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference to discuss joint status report with Ms. Herb (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 8/29/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Review joint status report | | | |
| 8/30/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: T. Moore, A. Butler, J. Horwitz) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/29/2013 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Review settlement proposal and documents | | | |
| 10/29/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with opposing counsel (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 10/30/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss billing record (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 10/31/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 10/31/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review draft status report | | | |
| 11/1/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 11/1/2013 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Edit joint status report | | | |
| 11/4/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Edit final draft of proposed status report | | | |
| 11/12/2013 | Marc Rotenberg | 0.8 | $505.00 | $404.00 |
| | **Description:** Conference re: fee settlement negotiations (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 11/12/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with Ms. Herb re: fee settlement negotiations (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 12/18/2013 | Marc Rotenberg | 0.7 | $505.00 | $353.50 |
| | **Description:** Edit fees motion | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| **Total Hours:** | **13.9** | | **Total Amount:** | **$6,984.50** |