*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 10

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/18/2012 | Alan Butler | 1.0 | $240.00 | $240.00 |
| | **Description:** Research FOIA complaint | | | |
| 4/19/2012 | Alan Butler | 3.0 | $240.00 | $720.00 |
| | **Description:** Draft FOIA complaint | | | |
| 4/24/2012 | Alan Butler | 0.1 | $240.00 | $24.00 |
| | **Description:** Conference to discuss FOIA complaint (Other EPIC staff present: G. McCall) | | | |
| 4/24/2012 | Alan Butler | 0.3 | $240.00 | $72.00 |
| | **Description:** Edit draft FOIA complaint | | | |
| 4/24/2012 | Alan Butler | 0.5 | $240.00 | $120.00 |
| | **Description:** Preparation of filing documents for FOIA complaint | | | |
| 4/25/2012 | Alan Butler | 0.5 | $240.00 | $120.00 |
| | **Description:** Edit draft FOIA complaint | | | |
| 4/26/2012 | Alan Butler | 0.5 | $240.00 | $120.00 |
| | **Description:** Conference to discuss finalizing FOIA complaint and filing documents (Other EPIC staff present: G. McCall) | | | |
| 4/26/2012 | Alan Butler | 1.5 | $240.00 | $360.00 |
| | **Description:** Edit FOIA complaint and filing documents | | | |
| 4/26/2012 | Alan Butler | 1.0 | $240.00 | $240.00 |
| | **Description:** File FOIA complaint and associated documents | | | |
| 4/30/2012 | Alan Butler | 0.5 | $240.00 | $120.00 |
| | **Description:** Preparation service of process documents to mail to FBI, US Attorney, and Attorney General | | | |
| 5/8/2012 | Alan Butler | 0.5 | $240.00 | $120.00 |
| | **Description:** File notification and affidavit confirming service of FOIA complaint and documents | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/5/2012 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss government's request for extended time to file its Answer (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |
| 6/13/2012 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** Review FBI answer to EPIC complaint | | | |
| 6/14/2012 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss proposed scheduling order (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |
| 6/18/2012 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Draft proposed scheduling order | | | |
| 6/22/2012 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Draft memo to M. Rotenberg and G. McCall in support of joint scheduling order | | | |
| 6/25/2012 | Alan Butler | 0.8 | $245.00 | $196.00 |
| | **Description:** Conference to discuss joint proposed scheduling order (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |
| 6/25/2012 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss next steps (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |
| 6/25/2012 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Draft memo and revised proposed schedule in response to defendant's proposed schedule | | | |
| 6/25/2012 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail draft scheduling order to opposing counsel | | | |
| 6/25/2012 | Alan Butler | 0.6 | $245.00 | $147.00 |
| | **Description:** Research FBI document production schedules in the District of Columbia | | | |
| 6/25/2012 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with Ms. Herb to discuss joint scheduling order (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |

# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/26/2012 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss proposed scheduling order (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |
| 6/26/2012 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Draft revised joint proposed schedule | | | |
| 6/27/2012 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference regarding proposed scheduling order (Other EPIC staff present: M. Rotenberg, G. McCall) | | | |
| 6/27/2012 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Draft revised Plaintiff's statement for joint proposed scheduling order | | | |
| 6/27/2012 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** File joint proposed scheduling order | | | |
| 6/27/2012 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** Tele-Conference with Ms. Herb regarding proposed joint scheduling order (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |
| 7/30/2012 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Review FBI motion for Open America Stay | | | |
| 8/1/2012 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Review FBI motion for Open America Stay | | | |
| 8/2/2012 | Alan Butler | 1.5 | $245.00 | $367.50 |
| | **Description:** Research opposition to Motion for Open America Stay | | | |
| 8/3/2012 | Alan Butler | 1.5 | $245.00 | $367.50 |
| | **Description:** Research opposition to Motion for Open America Stay | | | |
| 8/6/2012 | Alan Butler | 2.0 | $245.00 | $490.00 |
| | **Description:** Draft memo regarding opposition to Motion for Open America Stay | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/7/2012 | Alan Butler | 2.0 | $245.00 | $490.00 |
| | **Description:** Research memo regarding opposition to Motion for Open America Stay | | | |
| 8/13/2012 | Alan Butler | 3.0 | $245.00 | $735.00 |
| | **Description:** Draft memo regarding opposition to Motion for Open America Stay | | | |
| 8/14/2012 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Research opposition to Motion for Open America Stay | | | |
| 8/15/2012 | Alan Butler | 2.0 | $245.00 | $490.00 |
| | **Description:** Draft opposition to Motion for Open America Stay | | | |
| 8/16/2012 | Alan Butler | 7.0 | $245.00 | $1,715.00 |
| | **Description:** Draft opposition to Motion for Open America Stay | | | |
| 8/17/2012 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Draft declaration in support of opposition to Motion for Open America Stay | | | |
| 8/17/2012 | Alan Butler | 2.0 | $245.00 | $490.00 |
| | **Description:** Edit opposition to Motion for Open America Stay | | | |
| 8/20/2012 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Conference to discuss memorandum in opposition to Motion for Open America Stay (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |
| 8/20/2012 | Alan Butler | 6.0 | $245.00 | $1,470.00 |
| | **Description:** Edit opposition to Motion for Open America Stay | | | |
| 8/20/2012 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** File opposition to Motion for Open America Stay | | | |
| 10/5/2012 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail G. McCall and M. Rotenberg about first FBI FOIA release | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/5/2012 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail M. Rotenberg about first FBI FOIA release | | | |
| 10/5/2012 | Alan Butler | 0.4 | $245.00 | $98.00 |
| | **Description:** E-Mail G. McCall and M. Rotenberg regarding relevance of documents and categories of withholdings in first FBI FOIA release | | | |
| 10/5/2012 | Alan Butler | 2.3 | $245.00 | $563.50 |
| | **Description:** Review first FBI FOIA release | | | |
| 11/18/2012 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Review second FBI FOIA release | | | |
| 11/28/2012 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** E-Mail M. Rotenberg and G. McCall regarding draft email to opposing counsel | | | |
| 11/30/2012 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** E-Mail M. Rotenberg and G. McCall regarding draft email to opposing counsel | | | |
| 11/30/2012 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Research FOIA exhaustion for draft message to opposing counsel | | | |
| 12/3/2012 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail opposing counsel regarding FOIA exhaustion and interim releases | | | |
| 1/3/2013 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** E-Mail discussing fourth FBI FOIA release (Other EPIC staff present: G. McCall) | | | |
| 1/3/2013 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Review fourth FBI FOIA release | | | |
| 2/8/2013 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** E-Mail with G. McCall summarizing fifth FBI FOIA release | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/8/2013 | Alan Butler | 2.0 | $245.00 | $490.00 |
| | **Description:** Review fifth FBI FOIA release | | | |
| 2/26/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Review sixth FBI FOIA release | | | |
| 2/27/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** E-Mail discussing fifth and sixth FBI FOIA releases (Other EPIC staff present: G. McCall) | | | |
| 2/27/2013 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Review sixth FBI FOIA release | | | |
| 3/4/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Review seventh FBI FOIA release | | | |
| 4/2/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Review eighth FBI FOIA release | | | |
| 5/6/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Review ninth FBI FOIA release | | | |
| 6/13/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Review tenth FBI FOIA release | | | |
| 7/11/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Review eleventh FBI FOIA release | | | |
| 7/12/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Review eleventh FBI FOIA release | | | |
| 7/22/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Review twelfth FBI FOIA release | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/23/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Review twelfth FBI FOIA release | | | |
| 7/24/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Review twelfth FBI FOIA release | | | |
| 8/6/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Review thirteenth FBI FOIA release | | | |
| 8/23/2013 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Research joint status report | | | |
| 8/23/2013 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Review all FBI FOIA releases | | | |
| 8/26/2013 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** Draft memo regarding joint status report | | | |
| 8/26/2013 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Review all FBI FOIA releases | | | |
| 8/27/2013 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Conference to discuss the NSA Act, Exemption 3, and the FBI's ability to assert either (Other EPIC staff present: J. Horwitz) | | | |
| 8/27/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: J. Horwitz, T. Moore, M. Rotenberg) | | | |
| 8/27/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss call with opposing counsel (Other EPIC staff present: M. Rotenberg, T. Moore, J. Horwitz) | | | |
| 8/27/2013 | Alan Butler | 0.7 | $245.00 | $171.50 |
| | **Description:** Draft joint status report | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

## Case No. 12-667
## EPIC v FBI (Stingray)

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/27/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail Ms. Herb regarding joint status report | | | |
| 8/27/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference to discuss joint status report with Ms. Herb (Other EPIC staff present: M. Rotenberg, J. Horwitz) | | | |
| 8/29/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail to Ms. Herb | | | |
| 8/29/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** Edit joint status report | | | |
| 8/29/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** File joint status report | | | |
| 8/29/2013 | Alan Butler | 1.5 | $245.00 | $367.50 |
| | **Description:** Review documents for Vaughn index | | | |
| 8/30/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: T. Moore, M. Rotenberg, J. Horwitz) | | | |
| 8/30/2013 | Alan Butler | 1.5 | $245.00 | $367.50 |
| | **Description:** Review documents for sample Vaughn index | | | |
| 10/1/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail Ms. Herb regarding sample Vaughn index | | | |
| 10/2/2013 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Review sample Vaughn index and reprocessed documents | | | |
| 10/24/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail Ms. Herb regarding settlement negotiations | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/29/2013 | Alan Butler | 2.0 | $245.00 | $490.00 |
| | **Description:** Draft settlement memo | | | |
| 10/29/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with opposing counsel (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 10/30/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss billing record (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 10/31/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 11/1/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 11/11/2013 | Alan Butler | 1.0 | $245.00 | $245.00 |
| | **Description:** Draft response to DOJ fee letter | | | |
| 11/11/2013 | Alan Butler | 1.3 | $245.00 | $318.50 |
| | **Description:** Research attorney fee issues | | | |
| 11/12/2013 | Alan Butler | 0.8 | $245.00 | $196.00 |
| | **Description:** Conference re: fee settlement negotiations (Other EPIC staff present: M. Rotenberg, J. Horwitz) | | | |
| 11/12/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Draft joint status report | | | |
| 11/12/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail response to Ms. Herb re: settlement offer | | | |
| 11/12/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail response to Ms. Herb re: joint status report | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/12/2013 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** Edit joint status report | | | |
| 11/12/2013 | Alan Butler | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with Ms. Herb re: fee settlement negotiations (Other EPIC staff present: M. Rotenberg, J. Horwitz) | | | |
| 12/16/2013 | Alan Butler | 0.8 | $245.00 | $196.00 |
| | **Description:** Draft fees motion | | | |
| 12/17/2013 | Alan Butler | 5.0 | $245.00 | $1,225.00 |
| | **Description:** Draft fees motion | | | |
| 12/18/2013 | Alan Butler | 1.3 | $245.00 | $318.50 |
| | **Description:** Draft fees motion | | | |
| 12/18/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Edit fees motion | | | |
| 12/19/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Draft fees motion | | | |
| 12/19/2013 | Alan Butler | 0.3 | $245.00 | $73.50 |
| | **Description:** Edit billing records | | | |
| 12/19/2013 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** File motion and accompanying documents | | | |

**Total Hours:** 85.7          **Total Amount:** $20,949.50