*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 11

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/27/2013 | Julia Horwitz | 1.0 | $245.00 | $245.00 |
| | **Description:** Conference to discuss the NSA Act, Exemption 3, and the FBI's ability to assert either (Other EPIC staff present: A. Butler) | | | |
| 8/27/2013 | Julia Horwitz | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: A. Butler, T. Moore, M. Rotenberg) | | | |
| 8/27/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss call with opposing counsel (Other EPIC staff present: M. Rotenberg, T. Moore, A. Butler) | | | |
| 8/27/2013 | Julia Horwitz | 0.1 | $245.00 | $24.50 |
| | **Description:** Research Exemption 3 and the NSA Act | | | |
| 8/30/2013 | Julia Horwitz | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: T. Moore, M. Rotenberg, A. Butler) | | | |
| 10/24/2013 | Julia Horwitz | 3.0 | $245.00 | $735.00 |
| | **Description:** Preparation of billing record in anticipation of settlement | | | |
| 10/28/2013 | Julia Horwitz | 0.7 | $245.00 | $171.50 |
| | **Description:** Preparation of settlement documents | | | |
| 10/30/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss billing record (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 10/31/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 11/1/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss joint status report (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 11/12/2013 | Julia Horwitz | 0.8 | $245.00 | $196.00 |
| | **Description:** Conference re: fee settlement negotiations (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/16/2013 | Julia Horwitz | 2.0 | $245.00 | $490.00 |
| | **Description:** Draft bills, receipts, and affidavits for fees motion | | | |
| 12/18/2013 | Julia Horwitz | 2.0 | $245.00 | $490.00 |
| | **Description:** Draft remainder of bills, receipts, and affidavits for fees motion | | | |
| 12/18/2013 | Julia Horwitz | 0.5 | $245.00 | $122.50 |
| | **Description:** Edit fees motion | | | |
| 12/19/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Draft proposed order | | | |

**Total Hours:** 11.7   **Total Amount:** $2,866.50