*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 12

# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/24/2012 | Ginger McCall | 0.1 | $240.00 | $24.00 |
| | **Description:** Conference to discuss FOIA complaint (Other EPIC staff present: A. Butler) | | | |
| 4/24/2012 | Ginger McCall | 1.1 | $240.00 | $264.00 |
| | **Description:** Review FOIA complaint and suggest revisions | | | |
| 4/26/2012 | Ginger McCall | 0.5 | $240.00 | $120.00 |
| | **Description:** Conference to discuss finalizing FOIA complaint and filing documents (Other EPIC staff present: A. Butler) | | | |
| 4/26/2012 | Ginger McCall | 0.2 | $240.00 | $48.00 |
| | **Description:** E-Mail regarding revisions to FOIA complaint (Other EPIC staff present: M. Rotenberg) | | | |
| 4/26/2012 | Ginger McCall | 1.3 | $240.00 | $312.00 |
| | **Description:** E-Mail regarding revisions to FOIA complaint (Other EPIC staff present: M. Rotenberg) | | | |
| 4/26/2012 | Ginger McCall | 0.8 | $240.00 | $192.00 |
| | **Description:** File documents | | | |
| 4/26/2012 | Ginger McCall | 1.0 | $240.00 | $240.00 |
| | **Description:** Review edits to FOIA complaint | | | |
| 4/26/2012 | Ginger McCall | 0.5 | $240.00 | $120.00 |
| | **Description:** Review FOIA complaint and associated documents | | | |
| 6/5/2012 | Ginger McCall | 0.2 | $290.00 | $58.00 |
| | **Description:** Conference to discuss government's request for extended time to file its Answer (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 6/5/2012 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** E-Mail with opposing counsel regarding proposed extension | | | |
| 6/14/2012 | Ginger McCall | 0.3 | $290.00 | $87.00 |
| | **Description:** Conference to discuss proposed scheduling order (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/25/2012 | Ginger McCall | 0.8 | $290.00 | $232.00 |
| | **Description:** Conference to discuss joint proposed scheduling order (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 6/25/2012 | Ginger McCall | 0.3 | $290.00 | $87.00 |
| | **Description:** Conference to discuss next steps (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 6/25/2012 | Ginger McCall | 0.2 | $290.00 | $58.00 |
| | **Description:** Tele-Conference with Ms. Herb to discuss joint scheduling order (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 6/26/2012 | Ginger McCall | 0.3 | $290.00 | $87.00 |
| | **Description:** Conference to discuss proposed scheduling order (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 6/27/2012 | Ginger McCall | 0.2 | $290.00 | $58.00 |
| | **Description:** Conference regarding proposed scheduling order (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 6/27/2012 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** Tele-Conference with Ms. Herb regarding proposed joint scheduling order (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 8/18/2012 | Ginger McCall | 1.1 | $290.00 | $319.00 |
| | **Description:** review opposition to Motion for Open America Stay, suggest revisions | | | |
| 8/19/2012 | Ginger McCall | 0.9 | $290.00 | $261.00 |
| | **Description:** Review declaration and opposition and suggest revisions | | | |
| 8/20/2012 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** Conference to discuss memorandum in opposition to Motion for Open America Stay (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 1/3/2013 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** E-Mail discussing fourth FBI FOIA release (Other EPIC staff present: A. Butler) | | | |
| 2/27/2013 | Ginger McCall | 0.3 | $290.00 | $87.00 |
| | **Description:** E-Mail discussing fifth and sixth FBI FOIA releases (Other EPIC staff present: A. Butler) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 12-667**
**EPIC v FBI (Stingray)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|

**Total Hours:  11.3**                                    **Total Amount:**        **$3,002.00**