# EXHIBIT 7

Sign In | My Account | SUBSCRIBE: Home Delivery | Digital | Gift Subscriptions | Real Estate | Rentals | Cars | Today's Paper | Going Out Guide | Find&Save | Service Alley

PostTV | Politics | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs | More

# National Security

In the News · **N.M. school shooting** · Net neutrality · Kelly Thomas · Golden Globes

HOSPITAL PATIENTS CAN'T AFFORD A CONGRESS THAT TREATS MEDICARE FUNDING LIKE A PIGGY BANK FOR OTHER PROGRAMS. — COALITION TO PROTECT AMERICA'S HEALTH CARE

$1.1 trillion spending bill unveiled

THE FIX | Winners, losers of spending bill

Feeling blah? These nutrients can help.

Where are 'Idol' stars now?

## Little-known surveillance tool raises concerns by judges, privacy activists

By **Ellen Nakashima**, Published: March 27, 2013 | E-mail the writer

Federal investigators in Northern California routinely used a sophisticated surveillance system to scoop up data from cellphones and other wireless devices in an effort to track criminal suspects — but failed to detail the practice to judges authorizing the probes.

The practice was disclosed Wednesday in documents obtained under the Freedom of Information Act by the American Civil Liberties Union of Northern California — in a glimpse into a technology that federal agents rarely discuss publicly.

### Latest from National Security

**Man convicted in terror case seeks evidence from warrantless spying**

Ellen Nakashima JAN 13
Oregon man guilty of Christmas tree bombing plot opens door for possible constitutional challenge to NSA program.

**Fine Print: Missing a moment of fiscal, nuclear courage**
Walter Pincus JAN 13
The Cold War is over, but the expense of that fight is still with us.

**A hard-edged defender of spy agencies**

Greg Miller and Adam Goldman JAN 12
Attorney Robert S. Litt has led an unusually high-profile response to the Snowden leaks.

**Snowden, in interview, says his mission's accomplished**

Barton Gellman DEC 23
His leaks have fundamentally altered the U.S. government's relationship with its citizens, the rest of the world.

**Full coverage: NSA Secrets**
Read all of the stories in The Washington Post's ongoing coverage of the National Security Agency's surveillance programs.



The investigations used a device known as a StingRay, which simulates a cellphone tower and enables agents to collect the serial numbers of individual cellphones and then locate them. Although law enforcement officials can employ StingRays and similar devices to locate suspects, privacy groups and some judges have raised concerns that the technology is so invasive — in some cases effectively penetrating the walls of homes — that its use should require a warrant.

The issues, judges and activists say, are twofold: whether federal agents are informing courts when seeking permission to monitor suspects, and whether they are providing enough evidence to justify the use of a tool that sweeps up data not only from a suspect's wireless device but also from those of bystanders in the vicinity.

In Northern California, according to the newly disclosed documents, judges expressed concerns about the invasive nature of the technology.

"It has recently come to my attention that many agents are still using [StingRay] technology in the field although the [surveillance] application does not make that explicit," Miranda Kane, then chief of the criminal division of the Northern



### The Post Most: World


1  40 more maps that explain the world


2  Iranian news: U.S. is run by Nazi space aliens


3  Here's what it means to be Afghanistan's 'most honest man': Low pay and no pro...


4  40 maps that explain the world

5  Russia refuses visa to U.S. journalist David Satter; writer banned from country for 5 years

California U.S. attorney's office, said in a May 2011 e-mail obtained by the ACLU.

As a result of that, she wrote, "effective immediately, all . . . applications and proposed orders must be reviewed by your line supervisor before they are submitted to a magistrate judge."

The Justice Department has generally maintained that a warrant based on probable cause is not needed to use a "cell-site simulator" because the government is not employing them to intercept conversations, former officials said. But some judges around the country have disagreed and have insisted investigators first obtain a warrant.

"It's unsettled territory," said one U.S. law enforcement official, who spoke on the condition of anonymity because he was not authorized to speak for the record.

In a statement, Christopher Allen, a spokesman for the FBI, said the bureau advises field offices to "work closely with the relevant U.S. Attorney's Office to adhere to the legal requirements" of their respective districts.

One of the problems is there is "scant law" addressing the issue of cell-site simulators, said Brian L. Owsley, a federal magistrate judge in the Southern District of Texas, who in June wrote a rare public ruling on the issue. He denied an application to use a StingRay, in large part because he felt the investigating agent failed to explain the technology or how it would be used to gather the target's cellphone number.

Moreover, the government did not explain what it would do with the numbers and other data "concerning seemingly innocent cell phone users" that were also picked up.

"Neither the special agent nor the assistant United States attorney appeared to understand the technology very well," Owsley wrote. "At a minimum, they seemed to have some discomfort in trying to explain it."

At a recent conference on cellphone tracking issues at Yale University, Owsley said he thought that "there are magistrate judges around the country that are getting these requests and not realizing what these requests are," in some cases perhaps because the agents are not clear about their intent to use the technology.

"By withholding information about this technology from courts in applications for electronic surveillance orders, the federal government is essentially seeking to write its own search warrants," said Linda Lye, a staff attorney for the ACLU of Northern California.

Judges "need the opportunity to require privacy safeguards, such as rules on how to handle the data of innocent people that may be captured by the devices as well," she said. Lye will be arguing the issue on Thursday in a federal case in Arizona, in support of a defendant charged with tax fraud and identity theft. Daniel Rigmaiden, known as "the Hacker" to acquaintances and federal agents, was tracked in part with the use of a StingRay. He has alleged that investigators did not seek a court's approval to use the technology.

"The main concern we have in Rigmaiden is the government was not being forthright with the magistrate when it was seeking to use this device," said Lye, whose organization is one of several that have filed an amicus brief in the case.

The newly disclosed documents suggest that "Rigmaiden was not an isolated case," she said.

The government said it obtained a warrant to track Rigmaiden, but the ACLU is arguing that the government did not present key information about the surveillance device to the magistrate, rendering the warrant invalid.



Our Correspondents on Twitter

A new study finds that people actually become less happy once their country's average income passes $33,000 wapo.st/1eBVHQK

@Max_Fisher about an hour ago

So weird how people turn "I'd like to see more on methodology but won't click through to investigate" into "This study is total bunk."

@Max_Fisher about an hour ago

MidEastern and Pakistani attitudes toward "what women should wear" almost identical for men and women

@Max_Fisher about an hour ago

WorldViews
Subscribe to get the daily e-mail delivered to your inbox.

The Post's Foreign Bureaus

View all correspondents by bureau

Tina Fey Subtly Slammed Taylor Swift After Amy Poehler's Glob...

Taylor Swift Wears Sexy See-Through Dress at Golden Globes Af...

Ohio politician not sorry for incredibly racist email

Personal Post
Top recommendations for you

19h  PARENTING
Why baby talk is good for your baby

2d  RELATIONSHIPS
Carolyn Hax: Friend's loose lips sink trust in 20-year relationship

1d  PARENTING
Pope baptizes 32 babies in Sistine Chapel

Chris Soghoian, the ACLU's principal technologist, said cell-site simulators are being used by local, state and federal authorities.

"No matter how the StingRay is used — to identify, locate or intercept — they always send signals through the walls of homes," which should trigger a warrant requirement, Soghoian said. "The signals always penetrate a space protected by the Fourth Amendment."

| 17m | INDIA |
| | UK orders inquiry into British role in temple raid |
| 20h | INDIA |
| | Wonkblog: India has eradicated polio |

More headlines for you >

Digital subscriptions starting at 99¢  SUBSCRIBE ►

Reprints

## 170 Comments

Discussion Policy

**postfan10** wrote:
3/27/2013 11:42 PM EDT

If the police want to use this kind of tool, they should be getting a warrant.

**kritik1** wrote:
3/28/2013 5:25 AM EDT

911 cried for better security. Instead we created a security monster. Our Legislature has undermined the Judiciary and given unprecedented powers to the Executive to act for security and ignore the rights of US Citizens on matters of privacy. Our system has become akin to the defunct KGB and in line with the present Iranian Secret Service, where politics rules supreme not the rights of the people of Iran.

**Navy_CTT** responds:
3/28/2013 5:39 AM EDT

It wasn't just 9-11. Americans demand that the government keep them protected - from hunger, homelessness, illness, old age; in pregnancy and youth; from ignorance and on and on and on.

Government can't keep you in its womb 24/7/365, safe against anything and everything life can throw at you, without controlling you, no more than your parents did when you were 5. It's the same thing. That's why we use the Latin word for "father" - "pater" - as the root of the description for the kind of government we demand and have: "paternalistic".

**View all comments »**
Add your comment | Reply to a comment | Recommend a comment | Report an offensive comment

**Featured Advertiser Links**
**Looking to buy a home? Visit TWP Real Estate section for the latest open houses.**
**Wireless Solves Parking Nightmare**

### More from The Post
Opinion: America's most underutilized resource
Members of Congress to unveil massive spending bill in bipartisan compromise
Jennifer Lawrence's Dior Golden Globes dress inspired a new meme

### From Around the Web
America and Israel: A Fraying Bond? *The Real Truth*
Which Country is Currently Leading the World in Innovation? *Merrill Lynch: Wealth Management*
Safety Upgrades, Expansion Help Reduce America's Natural Gas Emissions *American Gas Association*






Obama to announce changes to NSA surveillance on Jan. 17

Bipartisan group of Md. lawmakers seeks limits on drones, other law-enforcement surveillance

What words did Big Tobacco once use to profile homosexuals? Find out here. YouTube

9 Amazing Military Technologies of the Future Kiplinger

what's this

**Top World Stories** | **Most Popular Videos**

**Five award winners; five crash tests**

**Tina Fey and Amy Poehler's funniest Golden Globe moments**

**Fighting in Iraq highlights age-old conflict**

**Sponsored Links**

**Visa® Black Card™**
Introducing the New Stainless Steel Visa Black Card. Apply Today!
BlackCard.com

**Healthy Dessert Maker**
Make Tasty, All-Natural Desserts At Home With The Dessert Bullet!
www.DessertBullet.com

**Making A Move?**
No matter the size of your move. Rent with Budget Truck and save BIG.
BudgetTruck.com/Move

**Buy a link here**

**Sponsored Links**

**Visa® Black Card™**
Introducing the New Stainless Steel Visa Black Card. Apply Today!
BlackCard.com

**Healthy Dessert Maker**
Make Tasty, All-Natural Desserts At Home With The Dessert Bullet!
www.DessertBullet.com

**Making A Move?**
No matter the size of your move. Rent with Budget Truck and save BIG.
BudgetTruck.com/Move

**Buy a link here**

| The Washington Post | SUBSCRIBE | PostTV | Politics | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs |

**More ways to get us**
- Home delivery
- Digital Subscription
- Gift Subscription
- Mobile & Apps
- Newsletter & Alerts

- Washington Post Live
- Reprints & Permissions
- Post Store
- e-Replica
- Archive

- RSS
- Facebook
- Twitter

**Contact Us**
- Help & Contact Info
- Reader Representative
- Digital Advertising
- Newspaper Advertising
- News Service & Syndicate

**About Us**
- In the community
- Careers
- PostPoints
- Newspaper in Education
- Digital Publishing Guidelines

**Partners**
- WP BrandConnect          Capital Business
- Capitol Deal             Express
- Fashion Washington       Find&Save
- Master Class             Parade Magazine
- Service Alley            El Tiempo Latino
- Washington Post          Post Wine Club

washingtonpost.com

© 1996-2014 The Washington Post   Terms of Service   Privacy Policy   Submissions and Discussion Policy   RSS Terms of Service   Ad Choices