# EXHIBIT 17

**MSBA Member Directory**                                                              close window

### Julia Ann Horwitz
Member

9105 Friars Rd
Bethesda, MD  20817-3321
Montgomery County
Email: horwitz@epic.org

**Bar Admissions**
Member Admitted (MD Bar): 12/12/2012

**Section Membership**
Section of Young Lawyers

[ Close ]   [ Print ]

**Members:** Update your information here.