# EXHIBIT 18

## Herb, Kimberly (CIV)

| | |
|---|---|
| **From:** | Alan Butler <butler@epic.org> |
| **Sent:** | Tuesday, August 27, 2013 5:51 PM |
| **To:** | Herb, Kimberly (CIV) |
| **Cc:** | Marc Rotenberg |
| **Subject:** | Draft Joint Status Report |
| **Attachments:** | EPIC v. FBI 12-667 Joint Status Report 08302013.docx; Untitled attachment 00027.htm |
| **Signed By:** | butler@epic.org |

Ms. Herb,

I have included a draft of the Joint Status Report due in EPIC v. FBI (No. 12-667) as we discussed in our call this afternoon. As I mentioned, our proposal includes for a sample Vaughn index within 30 days followed by a status report 30 days later. We are also interested in the FBI's offer you described - to process a sample of documents and release the new terms - but we prefer that the Vaughn be produced first. I look forward to hearing from you.