# EXHIBIT 19

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.  1:12-cv-00667(CKK) |

## DECLARATION OF KIMBERLY L. HERB

I, Kimberly L. Herb, declare as follows:

1. I am a Trial Attorney in the Federal Programs Branch, Civil Division of the United States Department of Justice.  I represent Defendant in the above-captioned matter.

2. On the afternoon of August 27, 2013, I participated in one conference call with Plaintiff's counsel Marc Rotenberg and Alan Butler regarding the drafting of a joint status report.  There was only one conference call on that date, as all remaining business for the status report was conducted via electronic mail.

3. For the conference call on August 27, 2013, I initiated the call to Plaintiff's counsel.  Mr. Butler answered the phone and he said he was joined by Mr. Rotenberg.  No other individuals were identified as participating in or being present for the call.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Washington, D.C. January 16, 2014.

                                                           */s/   Kimberly L. Herb*
                                                          Kimberly L. Herb