# EXHIBIT 20



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 20 Massachusetts Ave., N.W. |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

Tel: (202) 305-8356
Fax: (202) 616-8470
Kimberly.L.Herb@usdoj.gov

November 13, 2013

*Via First Class Mail and Electronic Mail*

Mr. Alan Butler
1718 Connecticut Ave. NW
Suite 200
Washington, DC 20009

  RE: *Electronic Privacy Information Center v. Federal Bureau of Investigation*, No. 12-667 (D.D.C.)

Dear Mr. Butler:

  Enclosed, please find an Offer of Judgment pursuant to Rule 68.

                Sincerely,

                Kimberly L. Herb
                Trial Attorney

Enclosures

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC PRIVACY** ) <br> **INFORMATION CENTER** ) <br> ) <br>         Plaintiff, ) <br> v. ) <br> ) <br> **FEDERAL BUREAU** ) <br> **OF INVESTIGATION** ) <br> ) <br>         Defendant. ) <br> _____ ) | Civil Action No.  1:12-cv-00667(CKK) |

## **OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 68, Defendant hereby offers to allow judgment to be taken against it, in the amount of ███████ in full resolution of all claims of plaintiff, including all costs, including attorney's fees, incurred in this action.  This offered amount includes all costs accrued, including all attorneys' fees and including fees on fees.

This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendant is liable in this action, or that the Plaintiff has suffered any damage.

Dated: November 13, 2012                   Respectfully submitted,

                                                     STUART F. DELERY
                                                     Acting Assistant Attorney General

                                                     ELIZABETH J. SHAPIRO
                                                     Deputy Branch Director

                                                     */s/ Kimberly L. Herb*
                                                     KIMBERLY L. HERB

(Illinois Bar # 6296725)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-8356
Fax: (202) 616-8470
kimberly.l.herb@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2013, I served the foregoing Offer of Judgment on Plaintiff via electronic mail, and via postal mail, to:

>Alan Butler
>Electronic Privacy Information Center
>1718 Connecticut Ave., NW
>Suite 200
>Washington, DC 20009
>butler@epic.org

>_/s/ Kimberly L. Herb_
>Kimberly L. Herb
>Trial Attorney