*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 1

## Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**Case No. 12-667**
**EPIC v FBI (Stingray)**

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 1/3/2014 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to discuss defendant's proposed extension (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 1/3/2014 | Julia Horwitz | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to discuss defendant's proposed extension (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 1/3/2014 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Conference to discuss defendant's proposed extension (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 1/3/2014 | Alan Butler | 0.6 | $245.00 | $147.00 |
| | **Description:** Conference to discuss upcoming deadlines (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 1/3/2014 | Julia Horwitz | 0.6 | $245.00 | $147.00 |
| | **Description:** Conference to discuss upcoming deadlines (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 1/3/2014 | Marc Rotenberg | 0.6 | $505.00 | $303.00 |
| | **Description:** Conference to discuss upcoming deadlines (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 1/27/2014 | Julia Horwitz | 0.6 | $245.00 | $147.00 |
| | **Description:** Review opposition motion from FBI | | | |
| 1/28/2014 | Julia Horwitz | 5.0 | $245.00 | $1,225.00 |
| | **Description:** Draft reply motion for fees | | | |
| 1/29/2014 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Edit reply motion for fees | | | |
| 1/29/2014 | Alan Butler | 3.2 | $245.00 | $784.00 |
| | **Description:** Edit reply motion for fees | | | |
| 1/30/2014 | Alan Butler | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to discuss reply motion for attorneys' fees (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |

## Case Billing Record

# Electronic Privacy Information Center (EPIC)

### 1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**Case No. 12-667**
**EPIC v FBI (Stingray)**

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|--------------|-------|------|--------|
| 1/30/2014 | Julia Horwitz | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to discuss reply motion for attorneys' fees (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 1/30/2014 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Conference to discuss reply motion for attorneys' fees (Other EPIC staff present: A. Butler, J. Horwitz) | | | |
| 1/30/2014 | Julia Horwitz | 1.0 | $245.00 | $245.00 |
| | **Description:** Draft supplemental billing records and affidavits | | | |
| 1/30/2014 | Alan Butler | 0.5 | $245.00 | $122.50 |
| | **Description:** File reply motion for fees and supplemental records | | | |
| 1/30/2014 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review reply motion for fees | | | |

**Total Hours:  13.1**                    **Total Amount:      $3,469.50**