*EPIC v. FBI*, No. 12-cv-667 (CKK)

# Exhibit 9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | No. 1:12-cv-00667 (CKK) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION ) ) ) | |
| Defendant. ) ) | |

## **SUPPLEMENTAL BILL OF LITIGATION FEES**

Fees:
Litigation Fees, Marc Rotenberg:
$505 (Laffey) x 1 hour                             $505.00

Litigation Fees, Julia Horwitz:
$245 (Laffey) x 7.6 hours                          $1,862.00

Litigation Fees, Alan Butler:
$245 (Laffey) x 4.5 hours                          $1,102.50


Total:                                             $3,469.50