UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Civil Action No.  12-667 (CKK) |

# ORDER

The Plaintiff's Motion for Attorneys' Fees in the above-captioned case has been referred to Magistrate Judge Alan Kay for a Report and Recommendation pursuant to Local Rule of Civil Procedure 72.3(a).  The Clerk of Court shall issue a Form 299 in connection with this Order.

Accordingly, it is this 4th day of February, 2014,

**SO ORDERED**.

  /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

<u>Copies to</u>:

Magistrate Judge _____

, Esq.

, Esq.