REFERRAL TO MAGISTRATE JUDGE

CATEGORY: I

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 05:552 Freedom of Information Act | | | |
|---|---|---|---|---|
| CASE NO:<br>12cv667 | DATE REFERRED:<br>February 4, 2014<br><br>DISPOSITION DATE: | PURPOSE:<br>Plaintiff's Motion for Attorney's Fees | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | FEDERAL BUREAU OF INVESTIGATION |

ENTRIES: